**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                                 CASE NO. 6:09-CR-46-ORL-19DAB

JOSEPH OQUENDO

_____

ORDER

This case was considered by the Court on the Government's Motion for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. No. 75, filed September 11, 2009) and Order of the Court (Doc. No. 80, filed September 29, 2009).

Upon consideration:

The Government requests a two-level departure based on the cooperation of Defendant Oquendo since his sentencing. The Defenadnt has continued to assist law enforcement and cooperated against his co-defendant, Surgey Marquez. Specifically, Defendant was prepared to testify at Surgey Marquez's trial. The result of Defendant Oquendo's cooperation, and evidence obtained by law enforcement, was that Surgey Marquez entered a guilty plea two days before her trial was scheduled to commence. The Government views this cooperation with law enforcement as substantial assistance.

Defendant has provided substantial assistance to the Government. The Government's Motion for Reduction in Sentence (Doc. No. 75) is **GRANTED** as follows:

1.   Defendant's Guideline Range is **REDUCED 2 LEVELS** to Total Offense Level 22, Criminal History Category II (46-57 months).

2.   The Judgment in a Criminal Case (Doc. No. 64, filed August 5, 2009) is

**AMENDED** to provide:

    a.    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **46 months.**

In all other respects, the Judgment in a Criminal Case (Doc. No. 64) remains in full force and effect and is otherwise unamended.

3.    The Court has considered the factors enumerated in 18 United States Code Section 3553 including applicable guidelines and policy statements issued by the U.S. Sentencing Commission in imposing this sentence.

4.    Defendant is advised of his right to appeal. To the extent permitted by law and any Plea Agreement, Defendant has a right to file an appeal of this Order **within ten (10) days** from its filing with the Clerk of Court. Failure to timely file a Notice of Appeal will result in waiver of the right to appeal. The Government may file an appeal from this Order. Defendant is entitled to the assistance of counsel if an appeal is filed, and if he cannot afford an attorney the Court will appoint one to represent him on the appeal at no charge or cost to Defendant.

**DONE AND ORDERED** at Orlando, Florida, this   25th   day of October, 2009.

*Patricia C. Fawsett*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant